# United States Court of Appeals for the Federal Circuit

## E R R A T A

March 7, 2008

Appeal No. 2007-5136, <u>MARANDOLA v. US</u>

Precedential Opinion

Decided:            March 6, 2008

Page 2, three lines from the bottom, "Bowels" should be "Bowles."